UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DANIEL WILLIAMS,

Plaintiff,

**DECISION AND ORDER**

v.                                                    13-CV-680-A

DALE ARTUS, *et al*.,

Defendants.

This *pro se* civil rights case was referred to Magistrate Judge Leslie G. Foschio

pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings.  On

September 11, 2018, Magistrate Judge Foschio filed a lengthy Report and

Recommendation (Dkt. No. 87), recommending primarily that defendants' motion for

summary judgment (Dkt. No. 80) pursuant to Fed. R. Civ. P. 56 be granted.

On September 19, 2018, *pro se* plaintiff Williams filed objections to the Report

and Recommendation.  Dkt. No. 88.  Defendants' filed a response on October 5, 2018

(Dkt. No. 90), and plaintiff filed a reply on October 12, 2018.  Dkt. No. 91.  The matter

has been deemed submitted.

The Court has carefully reviewed the Report and Recommendation, the record in

the case, including the pleadings and materials submitted by the parties while giving

due deference to plaintiff Williams' submissions because of status as a *pro se* litigant

who is imprisoned, *Tracy v. Freshwater*, 623 F.3d 90, 101 (2d Cir. 2010) (collecting

cases), and it is hereby

**ORDERED**, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth

in the Report and Recommendation (Dkt. No.87), the defendants' motion for summary

judgment (Dkt. No. 80) pursuant to Fed. R. Civ. P. 56 is granted.

The Clerk shall enter Judgment in favor of defendants E. Mendez, Correctional Sergeant, Thomas Sticht, Deputy Superintendent for Security, Edward J. Meyer, Correctional Captain, D. Ferron, Correctional Guard, Garrow, Correctional Guard, Baran, Correctional Guard, Winagle, Registered Nurse, W. Rivera, Mail Room Clerk, D. Pokigo, Correctional Guard, H. Obertean, Physician Assistant, and Albert Prack, Director of Special Housing Disciplinary Program,  and shall close the case.

**IT IS SO ORDERED.**

_____s/Richard J. Arcara_____
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:  November 4, 2019